UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAMSEY TOSSA,

    Plaintiff,

v.

ADAM TARDIF, *et al.*,

    Defendants.

Case No. 14-12319
Honorable Laurie J. Michelson
Magistrate Judge Stephanie Dawkins Davis

## NOTICE OF HEARING

To date, no successor counsel has filed an appearance on behalf of Plaintiff Ramsey Tossa. Accordingly, on March 28, 2018, at 2:30 p.m., the Court will hold a hearing on the appointment of counsel for Plaintiff. The hearing will take place in Courtroom 242, 231 W. Lafayette, Detroit, Michigan 48226.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 8, 2018.

                                               s/Keisha Jackson
                                               Case Manager