# Pro Se Filer Application for Electronic Filing

## Contact Information

FILED USDC - CLRK DET
2018 JUN 19 AM 8:59

| | |
|---|---|
| Last Name | Tossa |
| First Name | Ramsey |
| Middle Name or Initial | D. |
| Street Address | 3190 Marc Drive |
| Apartment or Suite | House |
| City, State and Zip | Sterling Heights, MI 48310 |
| Phone Number | (586) 252-3445 |
| Email Address | RamseyDTossa@yahoo.com |

## Computer Information
You must answer yes to all questions below.

| Question | Answer |
|---|---|
| Do you have a computer or access to a computer? | ☒ Yes ☐ No |
| Do you have access to the Internet? | ☒ Yes ☐ No |
| Do you have a scanner? | ☒ Yes ☐ No |
| Do you have the ability to convert documents to PDF? | ☒ Yes ☐ No |
| *Do you have a PACER account? | ☒ Yes ☐ No |

*As long as you have applied to receive a PACER account, you may indicate yes. See attachment for more information.

## Case Information
List your pending case below. If you have more than one pending case, submit one application per case.

| | |
|---|---|
| Case Number | 2:14 CV 12319 |
| Judge | Michelson |

## Requirements

| | |
|---|---|
| Acknowledgement of Training Requirement: ☒ | I understand that I must successfully complete the on-line training modules before a login and password will be issued to me. |
| Acknowledgement to abide by Court Rules and consent to receive electronic notification of filings: ☒ | I agree to abide by all Court rules, orders and policies and procedures governing the use of the electronic filing system. I agree to file my papers and to receive notice of the filings of others pursuant to Fed. R. Civ. P. 5(b) and 77(d) via the Court's electronic filing system. I understand that my user ID and password will serve as my signature. I understand the need to protect the security of my password and the need to immediately notify the court if I learn that my password has been compromised. |
| Acknowledgement of Application Requirements: ☒ | I understand that if I answered "No" to any questions in the Computer Information section, or failed to provide case information, my application will not be approved and I will not be notified of same. |
| Typed or Printed Name of Applicant | Ramsey D. Tossa |
| Signature of Applicant | /s/ Tossa |
| Date of Application | 5-23-2018 |

### Clerk's Office Use Only

| Date of Application: | Date of Issue: | Notes: |
|---|---|---|
| | | |

Rev. 08/13