UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAMSEY TOSSA,

           Plaintiff,

v.

KENT KLEINSCHMIDT, JEREMY FITCH,
JUSTIN HOLTON, and ADAM TARDIF,

           Defendants.
                                       /

Civil No. 2:14-cv-12319

Judge Laurie J. Michelson
Mag. Judge Stephanie Dawkins Davis

## PROPOSED VOIR DIRE

As required by the Court's trial scheduling order and as represented by the signatures below, the parties propose the following Voir Dire.

Plaintiff

_/s/ Ramsey Tossa_
RAMSEY TOSSA

Attorneys for Defendants

Matthew Schneider
United States Attorney

_/s/ Zak Toomey_
ZAK TOOMEY (MO 61618)
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9617
zak.toomey@usdoj.gov

Dated: 7/20 , 2018

Dated: 7/20 , 2018

1

## INVOLVEMENT IN PRIOR LAWSUITS

1. Have you or a close family member ever been a party or witness to a lawsuit, either civil or criminal?

2. Please describe the nature of the suit, your involvement, and the outcome.

## MILITARY SERVICE

3. Have you ever served in the military?

4. Please describe your military service, including where, and when you served, as well as your military duties?

5. Did you serve in combat?

## CONTACT WITH LAW ENFORCEMENT

6. Have you or a close family member ever interacted with the Agents or Officers of a law enforcement agency, such as local police, State police, the U.S. Drug Enforcement Agency (DEA) or the Federal Bureau of Investigation (FBI)?

7. Please describe the circumstances of the interaction(s).

8. Have you or a close family member ever been arrested or had their home searched by any law enforcement agency?

9. Please describe the incident(s).

10. Have you ever observed any law enforcement officers execute an arrest or search?

11.   Please describe the incident(s).

## CIVIL PROTEST

12.   Have you ever participated in, or considered participating in, an organized protest against police conduct?

13.   Please explain why you did so.

14.   Have you ever participated in, or considered participating in, a campaign to legalize marijuana or other illegal drugs?

15.   Please explain why you did so.

## **CERTIFICATE OF SERVICE**

I hereby certify that on **August 6, 2018**, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all ECF participants in this case, I have also sent Mr. Tossa with a paper copy of this filing by U.S. Mail at the address he provided me on July 20, 2018.

*s/Zak Toomey*
Zak Toomey (MO61618)
Assistant U.S. Attorney