UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAMSEY TOSSA,

    Plaintiff,

v.

ADAM TARDIF, et al.,

    Defendants.

Civil No. 14-12319

Honorable Laurie J. Michelson
Mag. Judge Stephanie Dawkins Davis

## Stipulated Order of Dismissal of Defendants Kent Kleinschmidt and Adam Tardif

    Plaintiff Ramsey Tossa and defendants hereby stipulate to the dismissal of defendants Special Agent Kent Kleinschmidt and Task Force Officer Adam Tardif.

    The Court having been adequately advised;

    During preparations for trial in accordance with the Court's Trial Scheduling Order, (Dkt. 144), Mr. Tossa stated the claims he wished to pursue against each remaining defendant. His only claims against Agent Kleinschmidt and Tardif were based solely on their role in authorizing and obtaining the search warrant for his home. (See Joint Final Pretrial Order, Pl. Sttmt. of Claims).

    In response, defense counsel showed Mr. Tossa this Court's order dismissing those claims from the case on September 28, 2015, (Dkt. 63). After reviewing the Court's order and accepting the Court's ruling that claims based on

approving and obtaining the warrant were not valid, Mr. Tossa agreed that he did not wish to pursue any other claims against Agent's Kleinschmidt and TFO Tardif. Accordingly, Mr. Tossa wishes to voluntarily dismiss his claims against Agent Kleinschmidt and TFO Tardif.

IT IS HEREBY ORDERED that defendants Kleinschmidt and Tardif only, are dismissed with prejudice and without costs or fees to any party. These defendants may be removed from the caption.

This Order does not resolve any other remaining claims and does not close the case. This Order further does not alter or amend any allegation or claim asserted in plaintiff's amended complaint, other than to dismiss Defendants Kleinschmidt and Tardif with prejudice and without costs or fees.

IT IS SO ORDERED.

_____
Laurie J. Michelson
United States District Judge

Dated:

So Stipulated and Agreed to By:

Ramsey Tossa

_____
Ramsey Tossa
3190 Marc Drive
Sterling Heights, Michigan
(586) 252-3445
ramseydtossa@yahoo.com

*Plaintiff Proceeding Pro Se*

Dated: 8-10-18

Matthew Schneider
United States Attorney

/s/ Zak Toomey
Zak Toomey (MO61618)
Assistant U.S. Attorney
Eastern District of Michigan
211 W. Fort Street, Suite 2001
Detroit, Michigan
(313) 226-9617
zak.toomey@usdoj.gov

*Attorneys for Defendants*

Dated: July 26, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that on **August 13, 2018**, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all ECF participants in this case, I have also sent Mr. Tossa a paper copy of this filing by U.S. Mail at the address he provided me on July 20, 2018:

    Ramsey Tossa
    33870 Ryan Road
    Sterling Heights, MI 48310

                                      *s/Zak Toomey*
                                      Zak Toomey (MO61618)
                                      Assistant U.S. Attorney