UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAMSEY TOSSA,

    Plaintiff,

v.

ADAM TARDIF, *et al.*,

    Defendants.

Civil No. 14-12319

Honorable Laurie J. Michelson
Mag. Judge Stephanie Dawkins Davis

# STIPULATED ORDER OF DISMISSAL OF DEFENDANTS KENT KLEINSCHMIDT AND ADAM TARDIF

Plaintiff Ramsey Tossa and defendants hereby stipulate to the dismissal of defendants Special Agent Kent Kleinschmidt and Task Force Officer Adam Tardif.

The Court having been adequately advised;

During preparations for trial in accordance with the Court's Trial Scheduling Order, (Dkt. 144), Mr. Tossa stated the claims he wished to pursue against each remaining defendant. His only claims against Agent Kleinschmidt and Tardif were based solely on their role in authorizing and obtaining the search warrant for his home. (*See* Joint Final Pretrial Order, Pl. Sttmt. of Claims).

In response, defense counsel showed Mr. Tossa this Court's order dismissing those claims from the case on September 28, 2015, (Dkt. 63). After reviewing the Court's order and accepting the Court's ruling that claims based on

approving and obtaining the warrant were not valid, Mr. Tossa agreed that he did not wish to pursue any other claims against Agent's Kleinschmidt and TFO Tardif. Accordingly, Mr. Tossa wishes to voluntarily dismiss his claims against Agent Kleinschmidt and TFO Tardif.

IT IS HEREBY ORDERED that defendants Kleinschmidt and Tardif only, are dismissed with prejudice and without costs or fees to any party. These defendants may be removed from the caption.

This Order does not resolve any other remaining claims and does not close the case. This Order further does not alter or amend any allegation or claim asserted in plaintiff's amended complaint, other than to dismiss Defendants Kleinschmidt and Tardif with prejudice and without costs or fees.

IT IS SO ORDERED.

s/Laurie J. Michelson
LAURIE J. MICHELSON
Dated: August 15, 2018	U.S. DISTRICT JUDGE

So Stipulated and Agreed to By:

Ramsey Tossa	*Plaintiff Proceeding Pro Se*

*/s/ Ramsey Tossa (w/ consent)*	Dated: August 10, 2018
Ramsey Tossa
3190 Marc Drive
Sterling Heights, Michigan
(586) 252-3445
ramseydtossa@yahoo.com

2

Matthew Schneider
United States Attorney

*/s/ Zak Toomey*
Zak Toomey (MO61618)
Assistant U.S. Attorney
Eastern District of Michigan
211 W. Fort Street, Suite 2001
Detroit, Michigan
(313) 226-9617
zak.toomey@usdoj.gov

*Attorneys for Defendants*

Dated: July 26, 2018